**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| TRACI PICCIRILLO,<br><br>           Plaintiff,<br><br>vs.<br><br>THE HARTFORD, *et al.*,<br><br>           Defendants. | 2:16-cv-01086-RFB-VCF<br>**<u>MINUTE ORDER</u>** |

       Before the Court is *Traci Piccirillo v. The Hartford, et al.*, case number 2:16-cv-01086-RFB-VCF.

       IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., April 17, 2017, in Courtroom 3D.

       DATED this 16th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE