PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 009924
Law Office of Philip J. Trenchak, Esq., P.C.
1212 South Casino Center Blvd.
Las Vegas, Nevada 89104
Phone: (702) 476-5101
Fax: (702) 476-5158
Attorney for Plaintiff
*Traci Piccirillo*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRACI PICCIRILLO, | Case No.: 2:16-cv-01086 |
| Plaintiff, | |
| vs. | |
| THE HARTFORD, HARTFORD UNDERWRITERS INSURANCE COMPANY, BASCH CONSTRUCTION COMPANY, GCA ENVIRONMENTAL, and DOES I through X, inclusive, | **STIPULATION FOR DISMISSAL OF DEFENDANTS THE HARTFORD AND HARTFORD UNDERWRITERS INSURANCE COMPANY** |
| Defendants. | |

Plaintiff Traci Piccirillo and Defendants The Hartford and Hartford Underwriters Insurance Company, by and through undersigned counsel, hereby stipulate to the dismissal of this action as to Defendant The Hartford, and Hartford Underwriters Insurance Company without prejudice, with each party to bear their own costs and attorney fees.

DATED this 4th day of May, 2017.

/s/ *Philip J. Trenchak*
PHILIP J. TRENCHAK, ESQ.
Nevada Bar No. 9924
Attorney for Plaintiff

/s/ *William S. Habdas*
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
Attorney for Defendant The Hartford & Hartford Underwriters

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

Dated: May 25, 2017